**E-Filed on 7/28/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUELINE WATTS, et a.l, <br><br> Plaintiffs, <br><br> v. <br><br> SAN MATEO COUNTY COUNSEL AGENCY, et al., <br><br> Defendants. | No. C-09-02719 RMW <br><br> ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS, DENYING MOTION TO APPOINT COUNSEL, DENYING MOTION TO REQUEST ACTION BY ADR UNIT, AND DISMISSING COMPLAINT <br><br> **[Re Docket No. 2, 4, 5]** |

Plaintiff Jacqueline Watts has filed an application to proceed in forma pauperis. While the application adequately alleges a sufficient financial hardship that would justify authorizing plaintiff to proceed without payment of fees, the court does not have jurisdiction to hear this action, and the application is therefore denied. The complaint appears to relate to alleged breaches of a settlement agreement in a state court proceeding as well as the placement and possible satisfaction of a lien against plaintiff's home by San Mateo County Counsel arising from an award of attorney's fees in connection with state court conservatorship proceedings involving plaintiff Inez Thompson. The complaint does not raise a question of federal law sufficient to invoke jurisdiction under 28 U.S.C.

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS, DENYING MOTION TO APPOINT COUNSEL, DENYING MOTION TO REQUEST ACTION BY ADR UNIT, AND DISMISSING COMPLAINT—No. C-09-02719 RMW
TER

1  §1331 and does not satisfy the requirements for diversity jurisdiction under 28 U.S.C. §1332. To the
2  extent that plaintiffs seek to assert state law claims, they may seek to assert them in state court.[1]

3  Under 28 U.S.C. §1915(e)(2)(B), the court is required to dismiss the action where it appears
4  frivolous or fails to state a claim upon which relief may be granted. Both grounds are met here, and
5  accordingly, the application to proceed *in forma pauperis* is denied and this action is dismissed
6  without prejudice.

7  Plaintiff's motion for appointment of counsel (Docket 5) is denied. Plaintiff's motion to
8  request action by the ADR unit (Docket 4) is denied as moot.

10  DATED:     7/24/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

---

[1] This is one of six cases plaintiff filed between June 17 and July 16, 2009, all of which appear to relate to the same underlying facts and circumstances: C09-02690 HRL; C09-02696 EDL; C09-02719 RMW; C09-02720 JF; C09-3099 HRL, and C09-3241 HRL.

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS, DENYING MOTION TO APPOINT COUNSEL, DENYING MOTION TO REQUEST ACTION BY ADR UNIT, AND DISMISSING COMPLAINT—No. C-09-02719 RMW
TER               2

**Notice of this document has been mailed to:**

**Plaintiffs (Pro Se):**

Jacqueline Watts

Post Office Box 213
Palo Alto, CA 94302

Inez Thompson

Post Office Box 213
Palo Alto, CA 94302

**Counsel for Defendants:**

No appearance

**Dated:**     7/28/09                                                TER
                                                         **Chambers of Judge Whyte**

United States District Court
For the Northern District of California

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS, DENYING MOTION TO APPOINT COUNSEL, DENYING MOTION TO REQUEST ACTION BY ADR UNIT, AND DISMISSING COMPLAINT—No. C-09-02719 RMW TER
3